# EXHIBIT A

# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| TALEISHA LEWIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 6:19-cv-00630-ADA-JCM |
| | § | |
| TITLEMAX OF TEXAS, INC., IVY | § | |
| FUNDING, LLC, PLATE RECON, LLC | § | |
| dba PLATE LOCATE, and FCAR, LLC | § | |
| dba FIRST CALL AUTO RECOVERY | § | |
| & TOWING, | § | |
| | § | |
| Defendants. | § | |
| | § | |

## DECLARATION OF JOSE URBAEZ COTTO

I, Jose Urbaez Cotto, declare as follows under penalty of perjury:

1. I am over twenty-one (21) years of age and a resident of Georgia. I am the Compliance Manager at TMX Finance Corporate Services, Inc., a corporate affiliate with knowledge of defendant TitleMax of Texas, Inc.'s ("TitleMax") business. I have been employed with the company in a compliance role for approximately seven years.

2. By virtue of my position, I have knowledge of the facts set forth in this Declaration, either personally or through a review of TitleMax's business records, made and kept in the regular course of TitleMax's business by those whose regular job function it is to make and keep such records, and, therefore, I could testify competently to those facts if called upon to do so as a witness.

1

3. Attached as Exhibit 1 to this declaration is a true and correct redacted excerpt[1] of the Agreement for Recovery and Location Services that governed the relationship between TitleMax and defendant Plate Recon, LLC dba Plate Locate ("Plate Locate") dated June 15, 2018. This agreement was in effect on, without limitation, July 25, 2019.

4. Attached as Exhibit 2 to this declaration is a true and correct redacted March 18, 2017 Application for Texas Title and/or Registration and Additional Lien Statements submitted to the Texas Department of Motor Vehicles by Shaunte Duncan (the "Borrower").

5. TitleMax never instructed Plate Locate or defendant FCAR, LLC dba First Call Auto Recovery & Towing on how to perform any location or recovery services.

6. I declare under penalty of perjury that the foregoing facts are true and correct

Dated: January 7, 2021

JOSE URBAEZ COTTO

---

[1] The agreement has been redacted and excerpted to avoid public disclosure of sensitive and confidential terms that have no relevance to the Motion. The full agreement has been disclosed as confidential in this case.

2

# EXHIBIT 1 TO
# DECLARATION OF JOSE URBAEZ COTTO

TitleMax/Plate Locate Agreement for Recovery and Location Services

# EXHIBIT 2 TO
# DECLARATION OF JOSE URBAEZ COTTO

Application for Texas Title and/or Registration and Additional Lien Statements

# EXHIBIT 1

# EXHIBIT 1

CONFIDENTIAL

## AGREEMENT FOR RECOVERY AND LOCATION SERVICES

THIS AGREEMENT FOR RECOVERY SERVICES (this "Agreement") is entered into this 15th day of June, 2018 by and between the TitleMax of Georgia, Inc. (the "Company"), whose corporate office is located at 15 Bull Street, Suite 200, Savannah, GA 31401, and, Plate Recon, LLC dba Plate Locate, a limited liability company, whose principal office is located at 23820 Lenze Road, Spring, TX 77389 ("Vendor"). Vendor and Company may be referred to individually as "Party" or collectively as "Parties."



Page **1** of **10** (including Exhibits)

CONFIDENTIAL   TitleMax_000024

CONFIDENTIAL   TitleMax_000027



14. **Relationship of the Parties.**  Company and Vendor each acknowledge that they are independent contractors.  Nothing in this Agreement will create any partnership, joint venture, agency, franchise, sales representative, or employment relationship between the Parties.  No Party will have the authority to make or accept any offers or representations on the other Party's behalf.

IN WITNESS WHEREOF, the Parties hereby have caused their duly authorized representatives to enter into this Agreement effective as of the date first stated above.

COMPANY:

TitleMax of Georgia, Inc.

By: *[signature]*

Name: Otto Bielss

Title: President

VENDOR:

Plate Recon, LLC dba Plate Locate

By: *Jeremy Gonske*

Name: Jeremy Gonske

Title: CEO

Page **5** of **10** (including Exhibits)

# EXHIBIT 2

# EXHIBIT 2

# Application for Texas Title and/or Registration

| Applying for (please check one): | | | | | TAX OFFICE USE ONLY | |
|---|---|---|---|---|---|---|
| ☐ Title & Registration ☐ Title Only ☐ Registration Purposes Only ☐ Nontitle Registration | | | | | County: | |
| For a corrected title or registration, check reason: | | | | | Doc #: | |
| ☐ Vehicle Description ☐ Add/Remove Lien ☐ Other: | | | | | ☐ SPV ☐ Appraisal Value $ | |

| 1. Vehicle Identification Number | 2. Year | 3. Make | 4. Body Style | 5. Model | 6. Major Color | 7. Minor Color |
|---|---|---|---|---|---|---|
| 1FAHP24167G154751 | 2007 | FORD | 4D SEDAN | FIVE HUNDRE | Gray | |

| 8. Texas License Plate No. | 9. Odometer Reading (no tenths) | 10. This is the Actual Mileage unless the mileage is: | 11. Empty Weight | 12. Carrying Capacity (if any) |
|---|---|---|---|---|
| 02R9668 | 0 | ☐ Not Actual ☐ Exceeds Mechanical Limits ☐ Exempt | | |

| 13. Applicant Type | | | | | 14. Applicant Photo ID Number or FEIN/EIN |
|---|---|---|---|---|---|
| ☐ Individual | ☐ Business | ☐ Government | ☐ Trust | ☐ Non-Profit | [REDACTED] |

| 15. ID Type | ☐ U.S. Driver License/ID Card (issued by: ___) | ☐ NATO ID | ☐ U.S. Dept. of State ID |
|---|---|---|---|
| | ☐ Passport (issued by: ___) | ☐ U.S. Military ID | ☐ U.S. Dept. of Homeland Security ID |
| | ☐ U.S. Citizenship & Immigration Services/DOJ ID | ☐ Other Military Status of Forces Photo ID | |

| 16. Applicant First Name (or Entity Name) | Middle Name | Last Name | Suffix (if any) |
|---|---|---|---|
| [REDACTED] | | [REDACTED] | |

| 17. Additional Applicant First Name (if applicable) | Middle Name | Last Name | Suffix (if any) |
|---|---|---|---|
| | | | |

| 18. Applicant Mailing Address | City | State | Zip | 19. Owner County of Residence |
|---|---|---|---|---|
| 4929 MELINDA DR | FORT WORTH | TX | 76119 | TARRANT |

| 20. Previous Owner Name (or Entity Name) | City | State | 21. Dealer GDN (if applicable) | 22. Unit No. (if applicable) |
|---|---|---|---|---|
| | | | | |

| 23. Renewal Recipient First Name (or Entity Name) (if different) | Middle Name | Last Name | Suffix (if any) |
|---|---|---|---|
| | | | |

| 24. Renewal Notice Mailing Address (if different) | City | State | Zip |
|---|---|---|---|
| | | | |

| 25. Applicant Phone Number (optional) | 26. Email (optional) | 27. Registration Renewal eReminder |
|---|---|---|
| | | ☐ Yes (Provide Email in #26) |

| 28. Vehicle Location Address (if different) | City | State | Zip |
|---|---|---|---|
| | | | |

| 29. Multiple (Additional) Liens | 30. Electronic Title Request | 31. Certified/eTitle Lienholder ID Number (if any) | 32. First Lien Date (if any) |
|---|---|---|---|
| ☒ Yes (Attach Form VTR-267) | ☐ Yes (Cannot check #29) | | |

| 33. First Lienholder Name (if any) | Mailing Address | City | State | Zip |
|---|---|---|---|---|
| IVY FUNDING COMPANY LLC | 220 E. SEMINARY DRIVE, FORT WORTH, TX, 76115 | | | |

**34. Check only if applicable:** MOTOR VEHICLE TAX STATEMENT
☐ I hold Motor Vehicle Retailer's (Rental) Permit No. ___ and will satisfy the minimum tax liability (V.A.T.S., Tax Code §152.046(d))
☐ I am a dealer or lessor and qualify to take the Fair Market Value Deduction (V.A.T.S., Tax Code, §152.002(c)). GDN or Lessor Number ___

| 35. Trade-In (if any) | Year | Make | Vehicle Identification Number | 36. Additional Trade-in(s) |
|---|---|---|---|---|
| ☐ Yes (Complete) | | | | ☐ Yes |

**37. Check only if applicable:** SALES AND USE TAX COMPUTATION
☐ (a) Sales Price ($___ rebate has been deducted) $ ___  ☐ $90 New Resident Tax – (Previous State) ___
(b) Less Trade-in Amount, described in Item 35 above $ ___  ☐ $5 Even Trade Tax
(c) For Dealers/Lessors/Rental ONLY – Fair Market Value Deduction, described in Item 35 above $ ___  ☐ $10 Gift Tax – Use Comptroller Form 14-317
(d) Taxable Amount (Item a minus Item b or Item c) $ ___  ☐ $65 Rebuilt Salvage Fee
(e) 6.25% Tax on Taxable Amount (Multiply Item d by .0625) $ ___  ☐ 2.5% Emissions Fee (Diesel Vehicles 1996 and Older > 14,000 lbs.)
(f) Late Tax Payment Penalty ☐ 5% or ☐ 10% $ ___  ☐ 1% Emissions Fee (Diesel Vehicles 1997 and Newer > 14,000 lbs.)
(g) Tax Paid to ___ (STATE) $ ___  ☐ Exemption claimed under the Motor Vehicle Sales and Use Tax Law because: ___
(h) AMOUNT OF TAX AND PENALTY DUE (item e plus item f minus item g) $ ___  ☐ $28 or $33 Application Fee for Texas Title (Contact your county tax assessor-collector for the correct fee.)

**CERTIFICATION** – State law makes falsifying information a third degree felony
I hereby certify all statements in this document are true and correct to the best of my knowledge and belief, and I am eligible for title and/or registration (as applicable).

Signature(s) of Seller(s), Donor(s), or Trader(s) _[signature]_  Printed Name (Same as Signature) [REDACTED]  Date 2017

Signature of Applicant/Owner _[signature]_  Printed Name (Same as Signature)  Date 03/18/2017

Signature(s) of Additional Applicant(s)/Owner(s)  Printed Name(s) (Same as Signature(s))  Date

Form 130-U Rev 08/16   Form available online at www.TxDMV.gov   Page 1 of 2

**REDACTIONS APPLIED TO THIS DOCUMENT**

TitleMax_000001



# Texas Department of Motor Vehicles

## Additional Liens Statement

### Information
This form must be submitted with the *Application for Texas Title and/or Registration* (Form 130-U) when more than one lien needs to be recorded on the Texas title.

More than one lien cannot be recorded in combination with an electronic lien. If more than one lien is recorded, a paper title will be issued to the first lienholder listed on the *Application for Texas Title and/or Registration* (Form 130-U).

### Vehicle Information

| Vehicle Identification Number | Year | Make | Body Style | Model |
|---|---|---|---|---|
| 1FAHP24167G154751 | 2007 | FORD | 4D SEDAN | FIVE HUNDRED |

### Additional Lien Information

**Second Lien**

| Lien Date | Lienholder Name | Certified Lienholder ID Number |
|---|---|---|
| 03/18/2017 | TitleMax of Texas, Inc. d/b/a TitleMax | |

| Mailing Address | City | State | Zip |
|---|---|---|---|
| 220 E. SEMINARY DRIVE | FORT WORTH | Texas | 76115 |

**Third Lien**

| Lien Date | Lienholder Name | Certified Lienholder ID Number |
|---|---|---|
| | | |

| Mailing Address | City | State | Zip |
|---|---|---|---|
| | | | |

### Certification – State law makes falsifying information a third degree felony
I certify the motor vehicle described above is subject to the these additional lien(s) in addition to the first lien recorded on the attached *Application for Texas Title and/or Registration* (Form 130-U).

Signature of Applicant/Owner — 3-18-17

Signature of Additional Applicant/Owner (if any) | Printed Name (Same as Signature) | Date

VTR-267 Rev 08/16    Form available online at www.TxDMV.gov    Page 1 of 1

**REDACTIONS APPLIED TO THIS DOCUMENT**

TitleMax_000002