# EXHIBIT B

# EXHIBIT B

# In the Matter Of:

## LEWIS V. TITLEMAX OF TEXAS

6:19-cv-00630-ADA-JCM

## IVY FUNDING, LLC

*October 16, 2020*

*30(b)(6)*



800.211.DEPO (3376)
EsquireSolutions.com

```
 1              IN THE UNITED STATES DISTRICT COURT
                FOR THE WESTERN DISTRICT OF TEXAS
 2                        WACO DIVISION

 3    TALEISHA LEWIS

 4                Plaintiff,

 5       vs.    Civil Action Number:  6:19-cv-00630-ADA-JCM

 6    TITLEMAX OF TEXAS, INC, IVY
      FUNDING, LLC, PLATE RECON, LLC,
 7    DBA PLATE LOCATE, AND FCAR,
      LLC, DBA FIRST CALL AUTO
 8    RECOVERY & TOWING.

 9                Defendants.
      ---------------------------------
10

11
                         CONFIDENTIAL
12
                     ORAL ZOOM DEPOSITION
13
              IVY FUNDING, LLC 30(b)(6) WITNESS
14
                    DAVID STEPHEN BURNETT
15

16

17
                       October 16, 2020
18
                          11:59 p.m.
19

20

21         Esquire Deposition Solutions, Zoom

22            1700 Pacific Avenue, Suite 1000

23                     Dallas, Texas

24

25            Veronica Drechsel, RPR, CSR
```



```
 1   And we have noted that it's Ivy Funding Company, LLC.  So I
 2   just want to make sure that that's very clear that when you are
 3   talking it's Ivy Funding Company, LLC.
 4              MR. GILL:  Okay.
 5              THE DEPONENT:  Okay.  And then can you repeat the
 6   question?
 7        Q.    (BY MR. GILL)  Right.  So Ivy Funding -- and when
 8   I say "Ivy Funding," I am saying Ivy Funding Company, LLC.
 9        A.    Right.
10        Q.    They work with Titlemax to -- to write loans in
11   Texas; is that correct?
12        A.    I don't know if they work with Titlemax, but, yes.
13        Q.    Okay.  Titlemax acts as a credit service
14   organization that assists consumers to get loans from Ivy; is
15   that correct?
16              MS. DEMAREE:  Object to form.
17        A.    Yes, that Titlemax is a consumer service
18   organization that has customers seeking loans.  And they refer
19   those loans to third-party lenders (inaudible).
20        Q.    (BY MR. GILL)  I am sorry, the audio at the end
21   there, I couldn't make that out.
22              Could you say that again?
23        A.    Ivy -- I am sorry, Titlemax has customers who are
24   seeking loans secured by motor vehicle titles.  They refer
25   those loans to third-party lenders, and we are a third-party
```



```
 1   lender.
 2        Q.     I see.  Okay.
 3               And so what happens if a consumer defaults on their
 4   loan?
 5               MS. DEMAREE:  Object to form.
 6        Q.     (BY MR. GILL)  All right.  Let me rephrase that.
 7               If a consumer defaults on a loan, what happens to
 8   that loan, vis-a-vis the relationship between Ivy and Titlemax?
 9               MS. DEMAREE:  Object to form.
10        A.     If the loan -- if the loan defaults, Ivy sells it.
11        Q.     (BY MR. GILL)  Ivy sells the loan to who?
12        A.     Titlemax, the CFO.
13        Q.     Is that something that happens automatically?
14               MS. DEMAREE:  Object to form.
15        A.     I mean, it doesn't happen without, you know, our
16   oversight.  But we do have a set of systems in place where that
17   does occur, yes.
18        Q.     (BY MR. GILL)  Okay.  And so the loan at issue in
19   this action, are you familiar with it?
20        A.     Yes.
21        Q.     Okay.  Now, that loan, was that sold by Ivy to
22   Titlemax?
23        A.     Yes.
24        Q.     And when was that loan sold to Titlemax?
25        A.     According to our records, it was sold on
```



```
 1  November 3rd (inaudible), it was sold on July 26, 2017.
 2       Q.     I'm sorry, I couldn't catch that.  Could you say
 3  that date again?
 4       A.     July 26, 2017.
 5       Q.     Did you say 2017?
 6       A.     Yes.
 7              THE REPORTER:  Mr. Gill, this is the court
 8  reporter again.  I think we may all be having difficulty
 9  hearing Mr. Burnett.  It may be because he is just using the
10  headset --
11              THE DEPONENT:  Should I just dial in?
12              THE REPORTER:  We could just --
13              THE DEPONENT:  Should I just dial in?
14              THE REPORTER:  Are you having a hard time too,
15  Lindsay.
16              MS. DEMAREE:  Yeah, it's not the easiest to hear,
17  so maybe that would be better David.
18              MR. GILL:  Okay.
19              THE REPORTER:  We're off the record at 12:11 p.m.
20              (Short break, 12:11 p.m. to 12:13 p.m.)
21              THE REPORTER:  Back on the record at 12:13.
22       Q.     (BY MR. GILL)  Right.  So I think a moment ago I
23  had asked you the date that the loan at issue in this case was
24  sold back to Titlemax.
25              And I believe you said it was July 26, 2017; is
```



```
 1   that correct?
 2        A.    That is correct.
 3        Q.    And when you say, "Sold back to Titlemax," do you
 4   mean that it was assigned to Titlemax?
 5              MS. DEMAREE:  Object to form.
 6        A.    No, I mean -- I mean, I understand ownership
 7   actually transferred.  It was sold.
 8        Q.    (BY MR. GILL)  And that's all rights in that loan?
 9        A.    Yes.
10        Q.    Okay.  And so after that happened, did Ivy have
11   anything to do with that loan?
12        A.    No.
13        Q.    Did Ivy have anything to do with arranging the
14   repossession at issue in this case?
15        A.    No.
16        Q.    Okay.  I would like to take a moment here and go
17   through Exhibit B.
18              Let me know when you have that open and you are
19   ready to discuss it.
20        A.    Okay.
21                 (Exhibit B marked.)
22        Q.    (BY MR. THOMAS)  All right.
23        A.    I have it open.
24        Q.    And so -- great.  My question for you is:  What is
25   this document?
```



1           Certified to by me this 4th day of November,
2  2020.
3
4
5  _____
   Veronica A. Drechsel, Texas CSR No. 8277
6  Expiration Date: November 30, 2021
   Esquire Deposition Solutions
7  Firm Registration No. 286
   1700 Pacific Avenue, Suite 1000
8  (214) 257-1436
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



1         FURTHER CERTIFICATION UNDER RULE 203 TRCP

2              The original deposition was/was not returned

3    to the deposition officer on _____;

4              If returned, the attached Changes and

5    Signature page contains any changes and the reasons therefor;

6              If returned, the original deposition was

7    delivered to _____, Custodial

8    Attorney;

9              That $_____is the deposition officer's

10   charges to the Plaintiff for preparing the original deposition

11   transcript and any copies of exhibits;

12             That the deposition was delivered in

13   accordance with Rule 203.3, and that a copy of this certificate

14   was served on all parties shown herein on and filed with the

15   Clerk.

16             Certified to by me this _____ day of _____,

17   2020.

18

19

20

21   _____
     Veronica A. Drechsel, Texas CSR No. 8277
22   Expiration Date: November 30, 2021
     Esquire Deposition Solutions
23   Firm Registration No. 286
     1700 Pacific Avenue, Suite 1000
24   (214) 257-1436

25



```
 1   Reference No.: 6010587
 2
 3   Case:   LEWIS V. TITLEMAX OF TEXAS
 4
             DECLARATION UNDER PENALTY OF PERJURY
 5
             I declare under penalty of perjury that
 6   I have read the entire transcript of my Depo-
     sition taken in the captioned matter or the
 7   same has been read to me, and the same is
     true and accurate, save and except for
 8   changes and/or corrections, if any, as indi-
     cated by me on the DEPOSITION ERRATA SHEET
 9   hereof, with the understanding that I offer
     these changes as if still under oath.
10
11   _____
12   ~~Ivy Funding, LLC~~  Ivy Funding Company, LLC
13
14              NOTARIZATION OF CHANGES
15                   (If Required)
16
17   Subscribed and sworn to on the  1st   day of
18
19   December_____, 20 20  before me,
20
21   (Notary Sign) Kristin H Basner_____
22
23   (Print Name) Kristin H. Basner    Notary Public,
24
25   in and for the State of South Carolina
```



KRISTIN H. BASNER
Notary Public-State of South Carolina
My Commission Expires
July 27, 2027

ESQUIRE
DEPOSITION SOLUTIONS

800.211.DEPO (3376)
EsquireSolutions.com

IVY FUNDING, LLC  30(b)(6)  
LEWIS V. TITLEMAX OF TEXAS  
October 16, 2020  
25

```
Reference No.: 6010587
Case:  LEWIS V. TITLEMAX OF TEXAS
```

Page No. **1**   Line No. **13**   Change to: **The name of the Defendant is "Ivy Funding Company, LLC", not Ivy Funding, LLC**

Reason for change: **Correct legal name**

Page No. **1**   Line No. **15**   Change to: **The middle name of Witness is "Steven", not Stephen**

Reason for change: **Correct legal name**

Page No. **3**   Line No. **2**   Change to: **The middle name of Witness is "Steven", not Stephen**

Reason for change: **Correct legal name**

Page No. **4**   Line No. **7**   Change to: **The middle name of Witness is "Steven", not Stephen**

Reason for change: **Correct legal name**

Page No. **6**   Line No. **19**   Change to: **The middle name of Witness is "Steven", not Stephen**

Reason for change: **Correct legal name**

Page No. **10**   Line No. **12**   Change to: **Change "CFO" to "CSO"**

Reason for change: **Typographical error**

Page No. **13**   Line No. **4**   Change to: **Change "sales" to "cells"**

Reason for change: **Typographical error**

SIGNATURE:    DATE: **12/01/2020**

~~Ivy Funding, LLC~~ **Ivy Funding Company, LLC**

IVY FUNDING, LLC  30(b)(6)  
LEWIS V. TITLEMAX OF TEXAS  

October 16, 2020  
26

```
Reference No.: 6010587
Case:  LEWIS V. TITLEMAX OF TEXAS
```

Page No. **14**  Line No. **4**  Change to: **Change "onto" to "on to"**

Reason for change: **Typographical error**

Page No. **15**  Line No. **2**  Change to: **Change "CFO" to "CSO"**

Reason for change: **Typographical error**

Page No. **15**  Line No. **11**  Change to: **Change "CFO" to "CSO"**

Reason for change: **Typographical error**

Page No. **15**  Line No. **20**  Change to: **Change "CFO" to "CSO"**

Reason for change: **Typographical error**

Page No. **17**  Line No. **19**  Change to: **I can't speak for Mr. Gill but I believe the date is supposed to be "July 26, 2017", not July 5th**

Reason for change: **Suspected error**

Page No. **18**  Line No. **2**  Change to: **The middle name of Witness is "Steven", not Stephen**

Reason for change: **Correct legal name**

Page No. **19**  Line No. **1**  Change to: **The middle name of Witness is "Steven", not Stephen**

Reason for change: **Correct legal name**

SIGNATURE:   DATE: **12/01/2020**

~~Ivy Funding, LLC~~ Ivy Funding Company, LLC

**ESQUIRE** DEPOSITION SOLUTIONS

800.211.DEPO (3376)  
EsquireSolutions.com

IVY FUNDING, LLC  30(b)(6)  
LEWIS V. TITLEMAX OF TEXAS

October 16, 2020  
25

```
 1   Reference No.: 6010587
     Case:  LEWIS V. TITLEMAX OF TEXAS
 2
 3   Page No. 19   Line No. 5    Change to: The middle name of
 4   Witness is "Steven", not Stephen
 5   Reason for change: Correct legal name
 6   Page No. 19   Line No. 13   Change to: The middle name of
 7   Witness is "Steven", not Stephen
 8   Reason for change: Correct legal name
 9   Page No. 20   Line No. 12   Change to: The middle name of
10   Witness is "Steven", not Stephen
11   Reason for change: Correct legal name
12   Page No. 24   Line No. 12   Change to: The name of the
13   Defendant is "Ivy Funding Company, LLC", not Ivy Funding, LLC
14   Reason for change: Correct legal name
15   Page No. ___ Line No. ___ Change to: _____
16   _____
17   Reason for change: _____
18   Page No. ___ Line No. ___ Change to: _____
19   _____
20   Reason for change: _____
21   Page No. ___ Line No. ___ Change to: _____
22   _____
23   Reason for change: _____
24   SIGNATURE: [signature]   DATE: 12/01/2020
25   ~~Ivy Funding, LLC~~ Ivy Funding Company, LLC
```



800.211.DEPO (3376)  
EsquireSolutions.com