# EXHIBIT C

# EXHIBIT C

```
 1            IN THE UNITED STATES DISTRICT COURT
              FOR THE WESTERN DISTRICT OF TEXAS
 2                       WACO DIVISION

 3   TALEISHA LEWIS,                  )
                                      )
 4   Plaintiff,                       )
                                      )
 5   vs.                              ) CIVIL ACTION NO.:
                                      ) 6:19-cv-00630-ADA-JCM
 6   TITLEMAX OF TEXAS, INC.,         )
     IVY FUNDING, LLC, PLATE          )
 7   RECON, LLC DBA PLATE             )
     LOCATE, AND FCAR, LLC, DBA       )
 8   FIRST CALL AUTO RECOVERY &       )
     TOWING,                          )
 9                                    )
     Defendants.                      )
10

11           ORAL VIDEOCONFERENCE DEPOSITION OF

12    TITLEMAX OF TEXAS, INC.'S REPRESENTATIVE PURSUANT TO

13                       RULE 30 (b)(6)

14                     NOVEMBER 3, 2020

15         ---------------------------------

16      ORAL VIDEOCONFERENCE DEPOSITION OF TITLEMAX OF

17   TEXAS, INC.'S REPRESENTATIVE PURSUANT TO RULE 30 (B)(6),

18   produced as a witness at the instance of the PLAINTIFF,

19   and duly sworn, was taken in the above-styled and

20   numbered cause on November 3, 2020, from 12:12 p.m. to

21   1:41 p.m., via Zoom videoconference, before Kimala S.

22   Showers, CSR in and for the State of Texas, reported by

23   machine shorthand, at the residence of Jose Urbaez

24   Codon, in Savannah, Georgia, pursuant to the Federal

25   Rules of Civil Procedure.
```



```
 1                    A P P E A R A N C E S

 2   FOR THE PLAINTIFF:

 3        MR. JOSE GILL
          Thompson Consumer Law Group
 4        5235 East Southern Avenue
          Suite D106-618
 5        Mesa, Arizona 85206
          Phone:(602) 388-8836
 6        JGill@thompsonconsumerlawinfo.
          com
 7

 8   FOR THE DEFENDANT TITLEMAX OF TEXAS, INC.:

 9        MR. JOEL TASCA
          Ballard Spahr LLP
10        1980 Festival Plaza Drive
          Suite 900
11        Las Vegas, Nevada  89135
          Phone:(702) 471-7000
12        Tasca@ballardspahr.com

13
     FOR THE DEFENDANT FCAR, LLC, DBA FIRST CALL AUTO
14   RECOVERY & TOWING:

15        MR. MICHAEL RUSSELL
          Harrell, Stoebner & Russell,
16        P.C.
          2106 Bird Creek Drive
17        Temple, Texas  76502
          Phone:(254) 935-3036
18        Mike@templelawoffice.com

19

20   ALSO PRESENT:

21        Ms. Marian Martin
          In-house Counsel for TitleMax of Texas, Inc.
22

23

24

25
```



800.211.DEPO (3376)
EsquireSolutions.com

```
 1                           INDEX

 2                                                            PAGE

 3   Appearances.............................................. 2

 4   TITLEMAX OF TEXAS, INC.'S REPRESENTATIVE PURSUANT TO
     RULE 30 (b)(6)
 5        Examination by Mr. Gill............................ 4

 6   Signature and Changes...................................52

 7   Reporter's Certificate..................................54

 8


 9                          EXHIBITS
                (Pre-Marked before start of Deposition)
10
     NO.    DESCRIPTION                                       PAGE
11
     Exhibit A         TitleMax 18-23.............           24
12   Exhibit D         TitleMax 3 LPR Recovery....           39
     Exhibit G         TitleMax 10-11 E-mails.....           43
13

14

15

16

17

18

19

20

21

22

23

24

25
```



1      Q.   What is the primary purpose of TitleMax's
2  business?
3      A.   Again, you're referring to TitleMax of Texas
4  within the state of Texas, correct?
5      Q.   That's correct.
6      A.   TitleMax of Texas is a credit services
7  organization, within the state of Texas.
8      Q.   And what is a credit services organization?
9      A.   A credit services organization is a business or
10 person that assists consumers with attaining loans from
11 an unaffiliated third party.
12     Q.   Okay.  And the loans that it arranges, are they
13 typically smaller loans, say less than $2,000?
14     A.   The amount of the loan can vary.
15     Q.   Okay.  The majority of the loans, are they less
16 than $2,000?
17     A.   I wouldn't be able to say affirmatively if they
18 are less than $2,000 because they tend to fluctuate just
19 from area to area.
20     Q.   Okay.  Is there a maximum amount of loan that
21 TitleMax of Texas will arrange?
22     A.   Yes.
23     Q.   And what's that maximum amount?
24     A.   $10,100.  Pardon --
25     Q.   I'm sorry, I spoke over the last part.  Can you



```
 1  given access to any outstanding recoveries.  Like,
 2  requests that were available.
 3       Q.  I see.  So does TitleMax have, say, a list of
 4  vehicles that they want repossessed, and then if
 5  somebody sees one of them out in the world, they can
 6  just get it and then work on behalf of TitleMax to get
 7  that?
 8       A.  If one of the agents that are -- or vendors
 9  that are working within the, for example, Plate Locate
10  system, if they happen to cross a vehicle that we have a
11  request out for, they're able to -- to action on that
12  vehicle.
13       Q.  I see.  So did TitleMax make a request to
14  repossess the vehicle?
15       A.  Yes.
16       Q.  Okay.  And who did they make that request to?
17       A.  If I'm not mistaken, the request was sent out
18  to a third-party vendor named Southwest Collateral.
19       Q.  Okay.  Was a request sent to Plate Locate?
20       A.  A direct request was not sent to Plate Locate,
21  but the request was made available to Plate Locate.
22       Q.  What's the difference between direct request
23  versus made available?
24       A.  A direct request would be just as it implies, a
25  direct request to that particular vendor, to recover a
```



1  specific vehicle.  When it's made available to Plate
2  Locate, there are a number of vehicles that have not
3  successfully been recovered, that then Plate Locate is
4  able to view, and their contracted vendors are able to
5  action on.
6       Q.   I see.  So is it -- when you say made
7  available, it like a standing order to get this if you
8  see it?
9       A.   You could categorize it that way, yes.
10      Q.   Okay.  Is that not how you would categorize it?
11      A.   I was agreeing with your --
12      Q.   Oh, okay.  I just wanted to make sure that I
13 understood you there.  So just to check my understanding
14 because, again, I'm not a repossession expert and I'm
15 trying to wrap my head around the process.
16           So for TitleMax to repossess vehicles,
17 there's kind of two tracks.  One is TitleMax saying,
18 hey, go get this car.  Here's an order, go get it.  And
19 then the other track is, hey, here's a list of cars.  If
20 you see it out in the world, get it for us.
21           Is that correct?
22      A.   That is one way that -- sorry, those are the
23 two ways in which a recovery order gets processed, yes.
24      Q.   Okay.  So let's kind of dive into that little
25 bit more, just so I understand the process.  When we're



```
 1  was not properly updated within the system, so the
 2  system doesn't realize that the vehicle's not really in
 3  storage.
 4       Q.   Okay.  So the -- so you said this thing was not
 5  updated properly.  And it says 198 there because it was
 6  not updated properly, right?
 7       A.   Potentially, yes.
 8       Q.   Okay.  Any idea what that -- what happened 198
 9  days before this was generated that would have caused
10  that?
11       A.   Can you repeat that?  I'm sorry.
12       Q.   I'm just wondering if you are aware of what
13  would have caused that to be incorrectly coded like
14  that?  Seems like the answer is no.  I'll withdraw the
15  question.  I can move on.
16            Okay.  All right.  So now I'm on page
17  TitleMax_000020.  Do you see that page?
18       A.   I do.
19       Q.   Okay, great.  And so I'm looking at something
20  that says Repo Status History at the bottom, and it
21  looks like 9/22/17.  We see, Out for Repo.  Repo Desk
22  User:  Alex Bran.  Reason:  None.
23            Is this when it was first put out there or
24  first made available for repossession?
25       A.   It was at this point when the request was
```



1  initiated and then subsequently approved, yes.
2       Q.   Okay.  So that -- you said -- okay.
3            Repo request approved, what does that mean?
4       A.   So all orders for repossession -- for recovery
5  have to be approved by a separate authorization desk or
6  a team that reviews all the requests and approves or
7  denies them.
8       Q.   Okay.  And when in the process of repossession
9  does that approval happen?
10      A.   That approval is required on the front end.  So
11 that's why you see "New Repo Request" and then
12 "Approved".
13      Q.   I see.  And so is that something that's just
14 done once?
15      A.   That approval is required every time a request
16 is made.  So if a request is made numerous times, then
17 numerous approvals would be required.
18      Q.   Okay.  And in this instance, how many requests
19 were made for repossession of this vehicle?
20      A.   One.
21      Q.   And that was in -- September 22nd, 2017?
22      A.   That is correct.
23      Q.   Okay.  And so the request was reviewed and
24 approved once in 2017?
25      A.   That is correct.



```
 1        Q.   Okay.  And what goes into that review to
 2   approve a repossession acquest?
 3        A.   The repo approval team, they will review the
 4   account information, the vehicle information, to ensure
 5   that everything lines up with the parameters that are
 6   set in order to approve a -- a recovery.  And then if
 7   everything checks out, they will approve it.
 8        Q.   Okay.  Are they reviewing title history
 9   information?
10        A.   The desk will review to ensure that we do have
11   a valid title with lien, yes.
12        Q.   Okay.  When you say, valid title with lien,
13   just check TitleMax's files to ensure there's a copy of
14   a lien in there, or a title with a lien on it?
15        A.   Correct.
16        Q.   Okay.  They're not querying a national database
17   or anything like that?
18        A.   No.
19        Q.   Okay.  They're not querying the National Motor
20   Vehicle Title Information System?
21        A.   No.
22        Q.   Okay.  All right.  Well, I'll continue moving
23   on here to the next page of this TitleMax_000021, and
24   the shows some sort of account history; is that correct?
25        A.   This is still in the Repo Systems recovery
```



```
 1  STATE OF TEXAS)
 2  COUNTY OF DALLAS)
 3
 4
 5       I, Kimala S. Showers, Certified Shorthand Reporter
 6  duly commissioned and qualified in and for the State of
 7  Texas, do hereby certify that there came before me on
 8  the 17th day of November, 2020, at the residence of The
 9  Witness, located at 12 Fairgreen Street, Savannah,
10  Georgia, the following named person, to-wit:  JOSE
11  URBAEZ CODON, who was duly sworn to testify the truth,
12  the whole truth, and nothing but the truth of knowledge
13  touching and concerning the matters in controversy in
14  this cause; and that he was thereupon examined upon oath
15  and his examination reduced to typewriting under my
16  supervision; that the deposition is a true record of the
17  testimony given by the witness.
18              I further certify that pursuant to FRCP
19  Rule 30 (e) (1) that the signature of the deponent:
20              _X_ was requested by the deponent or a
21  party before the completion of the deposition, and that
22  signature is to be before any notary public and returned
23  within 30 days from the date of receipt of the
24  transcript;
25              ___ was not requested by the deponent or
```



1  a party before the completion of the deposition.
2          I further certify that I am neither counsel
3  for, related to, nor employed by any of the parties or
4  attorneys in the action in which this proceeding was
5  taken, and further that I am not financially or
6  otherwise interested in the outcome of the action.
7
8          CERTIFIED TO BY ME on this 16th day of
9  November, 2020.
10
11
12  
    _____
    Kimala S. Showers, Texas CSR 9385
13  Expiration Date:  03/31/2021
    Firm Registration No. 286
14  Esquire Deposition Solutions
    1700 Pacific Avenue
15  Suite 1000
    Dallas, Texas 75201
16  (214) 257-1436
17
18
19
20
21
22
23
24
25

## Vehicle Release Info

Release Date :  
Time :  

Release To :  

## Property Release Info

Release Date :  
Time :  

Release To :  

## Repo Status History

| Date | Status | Repo Desk User | Store Employee | Reason | Notes |
|---|---|---|---|---|---|
| 09/22/2017 | Out For Repo | Alex Bran | Alex Bran | None | |
| 09/22/2017 | Repo Request Approved | Alex Bran | Alex Bran | None | |
| 09/22/2017 | New Repo Request | Alex Bran | Alex Bran | None | |