# EXHIBIT F

# EXHIBIT F



# Licensed Vehicle Storage Facility Lien Foreclosure
Texas Department of Motor Vehicles

## Vehicle Information

| Vehicle Identification Number | Year | Make | Body Style | Model |
|---|---|---|---|---|
| 1FAHP24167G154751 | 2007 | FORD | 4D | FIVE HUNDRED |

| License Plate State and Number (if any) | Printed Name of Owner(s) Listed on Title/Registration Verification |
|---|---|
| JHP6740 (TX) | SHAUNTE R. DUNCAN |

## Licensed Vehicle Storage Facility Information

| Name | License Number |
|---|---|
| Beard's Towing | 0649808VSF |

| Address | City | State | Zip |
|---|---|---|---|
| 5033 Sun Valley Dr. | Fort Worth | Texas | 76119 |

## Vehicle Storage

- Date Vehicle Towed to Facility: 9-19-17
- Explanation of How Possession of the Vehicle was Acquired and Under What Authority: Fort Worth Police Dept.
- Towing Charges: $196.00
- Daily Storage Charge: $21.65
- Total Storage Charges: $1234.05
- Total Charges Due: $1511.70
- First Notice to Owner/Lienholder(s): 9-21-17
- Notice to Law Enforcement (if applicable): 10-2-17
- Second Notice to Owner/Lienholder(s): 10-6-17
- Date of Public Sale: 11-14-17
- Location of Public Sale: 5033 Sun Valley Dr. Fort Worth, TX 76119
- Sales Price: $775.00

| First Name (or Entity Name) | Middle Name | Last Name | Suffix (if any) |
|---|---|---|---|
| Patrick | | Brown | |

| Address | City | State | Zip |
|---|---|---|---|
| 631 Pasco Del Plato Duplex B | Temple | TX | 76502 |

## Law Enforcement Agency

| Law Enforcement Agency | Address | City | State | Zip |
|---|---|---|---|---|
| City of Fort Worth | 2500 Brennan Ave | Fort Worth | Texas | 76106 |

On behalf of the law enforcement authority listed, I certify the above referenced vehicle was reported abandoned by the listed storage facility/garageman in accordance with Texas Transportation Code, Chapter 683, on the date above. Further, I certify no action was taken by our agency with regards to the vehicle described above within 30 days after we were notified by the storage facility/garageman.

Printed Name (Same as Signature): Semona Harris
Position: Admin
Signature of Officer/Authorized Agent
Date: 10/2/17

On behalf of the licensed vehicle storage facility listed above, I certify the law enforcement agency listed above did not require notification of motor vehicle abandonment at the time this motor vehicle was determined to be an abandoned motor vehicle.

Printed Name (Same as Signature): James D Bennett Jr.
Signature of Agent
Date

## Odometer Disclosure Statement

Federal and state law require that you state the mileage upon transfer of ownership. Providing a false statement or failure to complete this form may result in fines and/or imprisonment. I, the seller/agent, certify to the best of my knowledge the odometer reading is the actual mileage of the vehicle unless one of the statements is checked:

- Odometer Reading (no tenths):
- ☐ Mileage Exceeds Mechanical Limits
- ☐ Not Actual Mileage (WARNING – ODOMETER DISCREPANCY)

I am aware of the odometer certification made by the seller/agent.

Signature of Seller/Agent
Date of Sale: 11-14-17
Signature of Purchaser/Agent
Date

I, the undersigned statutory lienholder, certify the statements are true and correct, the vehicle described above was towed and left for storage, and the owner(s) and any applicable lienholder(s) were notified as required by statute. I also certify I have complied with all applicable provisions of Occupations Code, Chapter 2303; Texas Department of Licensing and Regulation regulations; and all other statutes and regulations that affect title transfer of a stored vehicle, and I am, therefore, proceeding to foreclose on the statutory storage lien in accordance with state law.

Signature of VSF's Authorized Agent
Printed Name (Same as Signature): James D Bennett Jr
Date: 11/30/17

Lewis 000025